423 A.2d 1328

Megill, Appellant, v. Bowers et al.

Submitted June 29, 1979.
Hugh G. Grady, for appellant; William T. Renz, for Bowers, et al., appellees, Edward J. Marcantonio, for Harold Megill, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.

November 21, 1979.

423 A.2d 1329

Commonwealth ex rel. Allsberry v. Everett, Warden.

Appeal of Allsberry.

Submitted March 12, 1979. Paul W. Brann, Public Defender, for appellant; Graham C. Showalter, District Attorney, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.